JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHAEL ROWLAND,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>McDONALD, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-4671-GHK (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: 4/23/13

/s/
GEORGE H. KING
UNITED STATES DISTRICT JUDGE